**Order entered April 3, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00424-CV**

**IN RE COREY STEELE, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18523**

**ORDER**

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     BILL WHITEHILL
        JUSTICE